IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINA BUREK and ROBERT BUREK, h/w, <br><br> *Plaintiffs*, <br><br> v. <br><br> SIX FLAGS GREAT ADVENTURE, LLC, *et al.* <br><br> *Defendant.* | CIVIL ACTION <br><br> NO. 3:19-cv-03204 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, through their undersigned counsel, hereby stipulate and agree to the dismissal, with prejudice, of each and every count in the plaintiffs' First Amended Complaint. Kindly dismiss the First Amended Complaint and the above-captioned Civil Action in its entirety with prejudice.

CARLUCCIO, LEONE, DIMON,
DOYLE & SACKS, LLC

By: ___/s/___  Dated: 12/04/2020
WILLIAM R. BURNS, ESQUIRE
Attorney for Plaintiffs


SPECTOR GADON ROSEN VINCI P.C.

By: ___/s/___  Dated: 12/15/20
HEATHER M. EICHENBAUM, ESQUIRE
Attorney for Defendant,
Six Flags Great Adventure, LLC

3263920_1

It is further ordered that the Clerk of the Cuort is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

___/s/___
Freda L. Wolfson, U.S.C.D.J.    12/16/20